# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00220-CV

**Texas Department of Assistive and Rehabilitative Services, Appellant**

**v.**

**Christina Alvarado and Carolyn Briggs, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-06-001389, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:   July 17, 2009